

**FILED**
7/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION **1:25-cr-00432**
**Judge Elaine E. Bucklo**
**Magistrate Judge Jeannice W. Appenteng**
**RANDOM / Cat. 5**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHAJA MISBAHUDDIN | Case No.<br><br>Violation: Title 18, United States Code, Section 1703(a) |

The SPECIAL APRIL 2025 GRAND JURY charges:

Between on or about July 22, 2024, and on or about April 19, 2025, in Kane County, in the Northern District of Illinois, Eastern Division,

KHAJA MISBAHUDDIN,

defendant herein, who was then a United States Postal Service Employee, without authority, detained and delayed mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail and carried and delivered by a carrier or other employee of the Postal Service, namely, multiple Menards Rebates addressed to recipients in Kane County, Illinois;

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY